IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.C., a minor, B.C., a minor, and Mr. R.C. and Mrs. M.C., in their own right,<br>　　　　Plaintiffs,<br><br>v.<br><br>GREENSBURG-SALEM SCHOOL DISTRICT<br>　　　　Defendant. | Civil Action No. 2:18-cv-1683-MJH<br><br>Judge Marilyn Horan |

**ORDER**

AND NOW, this _____ day of _____, 2019, the Court, having reviewed Defendant's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) hereby ORDERS that each of the counts set forth in Plaintiffs' Complaint are dismissed.

BY THE COURT:

_____J.